IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SUZANNE BENTLEY, GERALD BENTLEY, and WILLIAM BOWSHIER, individually, and on behalf of all persons similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INT'L, INC., a Delaware corporation, and SIEMENS ENERGY & AUTOMATION, INC., a Delaware corporation,<br><br>Defendants. | Case No. C-1-03-079<br><br>JUDGE ALGENON L. MARBLEY<br><br>Magistrate Judge King |

## ORDER

This matter comes before the Court on the Motion by representative Plaintiffs, Suzanne Bentley, Gerald Bentley, Recinda Bowshier, and William Bowshier, to move this Court to approve a pro rata distribution of the remaining $79,320.80 of Class holdback funds. [Doc. No. 186]. Defendants have not objected to Plaintiffs' request, and the Court finds the Motion well-taken. Accordingly, the Court **GRANTS** Plaintiffs' Motion. Defendants are hereby ordered to make a pro rata distribution of all available funds to the claimants who remain unpaid, amounting to a payment of $0.9288804667 cents on the dollar to each remaining claimant.

IT IS SO ORDERED.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATED: May 11, 2006